IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| GATEWAY ESTATES, INC., | § | |
| | § | No. 571, 2015 |
| Plaintiff Below, | § | |
| Appellant, | § | |
| | § | |
| | § | Court Below - Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| NEW CASTLE COUNTY, and | § | C.A. No. N13C-07-307 |
| ROBERT R. & ROSA GONZALES, | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: May 18, 2016
Decided: May 25, 2016

Before **STRINE**, Chief Justice; **HOLLAND** and **VAUGHN**, Justices.

## O R D E R

This 25th day of May 2016, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis that the Appellant's claims are untimely and without merit.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

_____
Justice